IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES BOONE, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | No. 22-1601 |
| | : | |
| v. | : | |
| | : | |
| NEWSWEEK LLC, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 27th day of February, 2023, it is **ORDERED** that Defendants' Motion to Dismiss (ECF No. 13) is **DENIED**.

s/ANITA B. BRODY, J.
_____
ANITA B. BRODY, J.
